Herman FITZGERALD, Jr.,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 01–7041.

United States Court of Appeals,
Federal Circuit.

April 25, 2001.

ON MOTION

*ORDER*

Counsel for Herman Fitzgerald, Jr. moves to voluntarily dismiss Fitzgerald's appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

CROWN OPERATIONS INTERNA-
TIONAL, LTD. and Marshall H.
Krone, Plaintiffs–Appellants,

v.

SOLUTIA INC., Defendant–Appellee.

No. 01–1156.

United States Court of Appeals,
Federal Circuit.

April 25, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).